UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS MAYER, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PATRIOT PICKLE INC., ARKK FOOD COMPANY, and WAHLBURGERS I, LLC,<br><br>Defendants. | Case No. 1:23-cv-01299-LJV<br><br>Hon. Lawrence J. Vilardo<br><br>**MOTION FOR ADMISSION PRO HAC VICE**<br><br>Notice of Removal filed: December 15, 2023 |

**NOTICE OF MOTION AND MOTION FOR ADMISSION
PRO HAC VICE OF GUSTAVO F. BRUCKNER**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jeremy A. Lieberman, with exhibits, a motion will be made before this Court at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, before the Honorable Lawrence J. Vilardo, at a date and time to be designated by the Court, for an Order pursuant to Local Rule of Civil Procedure 83.1(c) permitting Gustavo F. Bruckner of Pomerantz LLP to appear *pro hac vice* on behalf of Plaintiff Dennis Mayer, along with any other and further relief that this Court may deem proper. Oral argument is not requested.

Dated: December 28, 2023            Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

POMERANTZ LLP

_____
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (646) 581-9941
Facsimile: (917) 463-1044
gfbruckner@pomlaw.com

*Attorneys for Plaintiff Dennis Mayer*

2