# Exhibit 1

# BIOGEN
## Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019
(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com

Quinn Emanuel
865 South Figueroa St. 2nd Floor
Los Angeles, California 90017
Marshall Searcy
(213) 572.8387 Phone

Report Date: November 23, 2022
Report No.: 221111001-009QE
Received Date: November 11, 2022
Received Conditions: Cooler
Storage Conditions: 4°C
Method: AOAC or Equivalent
PO No.: NA

## CERTIFICATE OF ANALYSIS

Results:

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| 221111001-QE | Wahlburgers Dill Spears L6 08:58:26 BBD 11/24/22 | | |
| SOP 310 by HPLC | | Benzoic acid | 359 ppm |
| SOP 310 by HPLC | | Sodium Benzoate | 424 ppm |
| SOP 310 by HPLC | | Sorbic acid | ND <10 ppm |

ND = None Detected

Approved By:

*[signature]*

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

Confidential Analysis Page 1 of 3

www.BiogenLabDevelopments.com (888) 9 BIOGEN | (503) 695.6066 | admin@biogenlabdevelopments.com | Federal ID# 93-1313827



**BIOGEN**
Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019
(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com

Quinn Emanuel
865 South Figueroa St. 2nd Floor
Los Angeles, California 90017
Marshall Searcy
(213) 572.8387 Phone

Report Date: November 23, 2022
Report No.: 221111001-009QE
Received Date: November 11, 2022
Received Conditions: Cooler
Storage Conditions: 4°C
Method: AOAC or Equivalent
PO No.: NA

## CERTIFICATE OF ANALYSIS

Results:

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| 221111003-QE | Wahlburgers Hot Dill Chips L7 12:48:42 BBD 10/27/22 | | |
| SOP 310 by HPLC | | Benzoic acid | 543 ppm |
| SOP 310 by HPLC | | Sodium Benzoate | 641 ppm |
| SOP 310 by HPLC | | Sorbic acid | ND <10 ppm |

ND = None Detected

Approved By:

_signature_

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

Confidential Analysis Page 2 of 3



**BIOGEN**
Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019
(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com

Quinn Emanuel
865 South Figueroa St. 2nd Floor
Los Angeles, California 90017
Marshall Searcy
(213) 572.8387 Phone

Report Date: November 23, 2022
Report No.: 221111001-009QE
Received Date: November 11, 2022
Received Conditions: Cooler
Storage Conditions: 4°C
Method: AOAC or Equivalent
PO No.: NA

## CERTIFICATE OF ANALYSIS

Results:

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| 221111009-QE | Walburgers Dill Spears L6 10:25:33 BBD 09/03/22 | | |
| SOP 310 by HPLC | | Benzoic acid | 369 ppm |
| SOP 310 by HPLC | | Sodium Benzoate | 436 ppm |
| SOP 310 by HPLC | | Sorbic acid | ND <10 ppm |

ND = None Detected

Approved By:

_signature_

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

Confidential Analysis Page 3 of 3

**BIOGEN**
Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019
(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com

Quinn Emanuel
865 South Figueroa St. 2nd Floor
Los Angeles, California 90017
Marshall Searcy
(213) 572.8387 Phone

Report Date: December 09, 2022
Report No.: 221206001QE
Received Date: December 06, 2022
Received Conditions: Cooler
Storage Conditions: 4°C
Method: AOAC or Equivalent
PO No.: NA

## CERTIFICATE OF ANALYSIS

Results:

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| 221206001-QE | Wahlburgers Dill Chips K6 07:02:31 BBD 07/02/23 | | |
| SOP 310 by HPLC | | Benzoic acid | 509 ppm |
| SOP 310 by HPLC | | Sodium Benzoate | 600 ppm |
| SOP 310 by HPLC | | Sorbic acid | ND <10 ppm |

ND = None Detected

Approved By:

_(signature)_

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

Confidential Analysis Page 1 of 1