Exhibit 2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GRILLO'S PICKLES, INC., a Delaware Corporation., | Civil Action No. 2:23-cv-00011 |
| Plaintiff, | Hon. Madeline Cox Arleo |
| v. | Hon. André M. Espinosa |
| PATRIOT PICKLE INC., a Delaware corporation, ARKK FOOD COMPANY, a Michigan corporation, WAHLBURGERS I, LLC, a Massachusetts limited liability company. | |
| Defendants | |

**DECLARATION OF NIDAL KAHL IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

I, Nidal Kahl, declare as follows:

1.      I am the Director of Biogen Laboratory Developments, LLC. I have a background in microbiology and am recognized in the food industry as a food safety expert and consultant.  I have been serving the food industry at an international level for over 22 years in areas including analytical food testing, microbiological analysis, regulatory compliance, process validation, and development and implementation of quality assurance programs.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      In connection with this case, Biogen conducted fourteen additional tests on Defendants' Wahlburgers pickles.  (The pickles tested and specific results are described *infra*.) The level of sodium benzoate detected across all samples is present at intentional usage levels that the brine has been formulated with.  Every Wahlburgers pickle sample received over a span of

1

time, ranging from July 2022 into January 2023 from multiple geographies, contained similar levels of sodium benzoate.  This trend illustrates a standard operating procedure for producing Defendants' "all natural" product with "no preservatives."  This is indeed a competitive edge for anyone making these claims considering many consumers avoid these types of preservatives.

3.       Defendants claim to have identified an error with a "transportation brine" that their pickles get transferred into for up to ~1 day until packaging, which has since been corrected.  This claim leads us to even more questions around the credibility of what they have presented as the cause.   It is disingenuous to claim the transportation brine is completely separate from the "manufacturing process" and what eventually ends up in the retail containers.  From a production perspective, the brine, including the "transportation brine," is a critical ingredient blend to pickle the cucumbers.  Defendants admit a portion of the "transportation brine," including the sodium benzoate therein, is included in the retail pickles and, therefore, is a normal portion of the product and a key preservative of the product for the duration of its shelf life.

4.       The duration of time a contaminated "transportation brine" has been a normal process puts Defendants' corrective action and their process and quality control parameters into question.  A food manufacturer who is producing both preservative and preservative-free products within the same facility must have controls in place to make sure preservatives are not added where they are not approved.

5.       Furthermore, sodium benzoate is used in food products at levels up to 0.1% (1,000 parts per million).  The levels recovered in most samples were in the 500-700ppm range, which is a reasonable level for offering an enhanced shelf life.  If the scenario Defendants describe is genuine, we would expect a preservative-free pickle to equilibrate in a brine that contained benzoate.  If the transportation brine were indeed contaminated with benzoate, up to even 1,000

ppm (the maximum legal level), we would expect it to get diluted by the non-benzoate containing pickles placed into the brine.  Based on the ratio of pickle to brine, it is estimated that the final concentration would equilibrate to approximately 500-600ppm assuming it has completely equilibrated during the max 1-day hold time.  Once removed from the contaminated brine and placed into the preservative-free retail brine, we would expect the level to get diluted again. Therefore, if the scenario the Defendants described using a contaminated transportation brine were accurate, we would expect to see levels close to 300ppm at the highest, and more likely below 100ppm, when you consider the limited time Defendants claim product was in a transportation brine.  The data generated over the course of our investigation reveals a trend with relatively consistent levels of sodium benzoate which illustrates a known process.

6.     Good manufacturing practices (GMPs) require validation of label claims and processes.  The data suggests Defendants did not validate or even verify their label claims, nor did they have sufficient controls in place to keep this production line "all natural" with "no preservatives."

7.     It is expected that there would be production records showing the production of each brine that is made and have them traceable to each ingredient that has gone into every batch. Defendants' corrective action has not revealed a root cause for how sodium benzoate made it into every batch of Wahlburgers pickles we tested from July 2022 to current, and how Defendants intend to prevent a reoccurrence of benzoate getting back into this product line.

8.     It is expected that a corrective action is monitored over time in order to verify and evaluate effectiveness of the corrective action.  It is expected that this manufacturer tests every batch of pickles produced for sodium benzoate content moving forward until Defendants have

validated a reliable process to keep preservatives like sodium benzoate out of products they claim do not contain it.

9. As mentioned *supra*, Biogen conducted fourteen additional tests on Defendants' Wahlburgers pickles. It is my understanding that the pickle samples used for this testing were shipped to Biogen's laboratory in Corbett, Oregon from Plaintiff's counsel's various offices. Specifically, Biogen received the following samples:

    a. Two samples of Wahlburgers Fresh Dill Chips 32 oz L6 with a "sell by" date of February 16, 2023. From the packing slip that arrived with the samples, I understand these pickles were purchased from a Walmart at 4651 Firestone Blvd, South Gate, CA 90280 on January 5, 2023.

    b. One sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of February 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Publix at 12100 SW 1127th Ave, Miami, FL 33186 on January 5, 2023.

    c. One sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of March 30, 2013. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 160 Broadway, Raynham, MA 02767 on January 5, 2023.

    d. One sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of March 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 1470 S. Washington Street, North Attleboro, MA 20760 on January 5, 2023.

e. One sample of Wahlburgers Fresh Dill Chips Hot 32 oz L with a "sell by" date of February 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 36 Paramount Drive, Raynham, MA 02767 on January 5, 2023.

f. One sample of Wahlburgers Fresh Dill Chips 32 oz LX with a "sell by" date of March 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023.

g. One sample of Wahlburgers Fresh Dill Spears 32 oz L5 with a "sell by" date of February 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023.

h. One sample of Wahlburgers Fresh Dill Chips Hot 32 oz L7 with a "sell by" date of February 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023.

i. One sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of February 23, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 1205 S. Main St., Manteca, CA 95337 on January 7, 2023.

j. One sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of January 26, 2023. From the packing slip that arrived with the sample, I

5

understand these pickles were purchased from a Walmart at 1205 S. Main St., Manteca, CA 95337 on January 7, 2023.

k. One sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of March 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 3848 McHenry Ave., Modesto, CA 95356 on January 7, 2023.

l. One sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of February 2, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 3848 McHenry Ave., Modesto, CA 95356 on January 7, 2023.

m. One sample of Wahlburgers Fresh Dill Chips Hot 32 oz L7 with a "sell by" date of February 16, 2023. From the packing slip that arrived with the sample, I understand these pickles were purchased from a Walmart at 3848 McHenry Ave., Modesto, CA 95356 on January 7, 2023.

10. The samples were shipped in coolers. Upon receipt, the laboratory stored the samples under refrigeration.

11. Biogen laboratory staff tested all fourteen samples for artificial preservatives under my direction. The results of this testing were as follows:

a. The first sample of Wahlburgers Fresh Dill Chips 32 oz L6 with a "sell by" date of February 16, 2023 (purchased from Walmart, 4651 Firestone Blvd, South Gate, CA 90280 on January 5, 2023) contained 373 parts per million of benzoic acid, which suggests that 440 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these

pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit A**.

b.  The second sample of Wahlburgers Fresh Dill Chips 32 oz L6 with a "sell by" date of February 16, 2023 (purchased from Walmart, 4651 Firestone Blvd, South Gate, CA 90280 on January 5, 2023) contained 483 parts per million of benzoic acid, which suggests that 570 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit B**.

c.  The sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of February 16, 2023 (purchased from Publix, 12100 SW 1127th Ave, Miami, FL 33186 on January 5, 2023) contained 482 parts per million of benzoic acid, which suggests that 569 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit C**.

d.  The sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of March 30, 2013 (purchased from Walmart, 160 Broadway, Raynham, MA 02767 on January 5, 2023) contained 581 parts per million of benzoic acid, which suggests that 686 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit D**.

e.  The sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of March 16, 2023 (purchased from Walmart, 1470 S. Washington Street,

7

North Attleboro, MA 20760 on January 5, 2023) contained 344 parts per million of benzoic acid, which suggests that 406 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit E**.

f.  The sample of Wahlburgers Fresh Dill Chips Hot 32 oz L with a "sell by" date of February 16, 2023 (purchased from Walmart, 36 Paramount Drive, Raynham, MA 02767 on January 5, 2023) contained 612 parts per million of benzoic acid, which suggests that 722 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit F**.

g.  The sample of Wahlburgers Fresh Dill Chips 32 oz LX with a "sell by" date of March 16, 2023 (purchased from Walmart, 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023) contained 554 parts per million of benzoic acid, which suggests that 653 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit G**.

h.  The sample of Wahlburgers Fresh Dill Spears 32 oz L5 with a "sell by" date of February 16, 2023 (purchased from Walmart, 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023) contained 458 parts per million of benzoic acid, which suggests that 541 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these

8

pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit H**.

i.  The sample of Wahlburgers Fresh Dill Chips Hot 32 oz L7 with a "sell by" date of February 16, 2023 (purchased from Walmart, 1030 Sperry Ave., Patterson, CA 95363 on January 7, 2023) contained 595 parts per million of benzoic acid, which suggests that 702 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit I**.

j.  The sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of February 23, 2023 (purchased from Walmart, 1205 S. Main St., Manteca, CA 95337 on January 7, 2023) contained 644 parts per million of benzoic acid, which suggests that 760 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit J**.

k.  The sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of January 26, 2023 (purchased from Walmart, 1205 S. Main St., Manteca, CA 95337 on January 7, 2023) contained 533 parts per million of benzoic acid, which suggests that 629 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles.  The Certificate of Analysis for this sample is attached hereto as **Exhibit K**.

l.  The sample of Wahlburgers Fresh Dill Chips 32 oz L7 with a "sell by" date of March 16, 2023 (purchased from Walmart, 3848 McHenry Ave.,

Modesto, CA 95356 on January 7, 2023) contained 507 parts per million of benzoic acid, which suggests that 598 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit L**.

m. The sample of Wahlburgers Fresh Dill Spears 32 oz L6 with a "sell by" date of February 2, 2023 (purchased from Walmart, 3848 McHenry Ave., Modesto, CA 95356 on January 7, 2023) contained 528 parts per million of benzoic acid, which suggests that 623 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit M**.

n. The sample of Wahlburgers Fresh Dill Chips Hot 32 oz L7 with a "sell by" date of February 16, 2023 (purchased from Walmart, 3848 McHenry Ave., Modesto, CA 95356 on January 7, 2023) contained 570 parts per million of benzoic acid, which suggests that 672 parts per million of sodium benzoate was used as an ingredient to deliver this benzoic acid in these pickles. The Certificate of Analysis for this sample is attached hereto as **Exhibit N**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 14th day of February, 2023, at Corbett, Oregon.

Nidal Kahl

10

Case 1:23-cv-01299-LJV Document 12-2 Filed 01/12/24 Page 12 of 39 PageID: 502

# Exhibit A

# BIOGEN
## Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123001-QE** | **Wahlburgers Fresh Dill Chips 32 oz L6 BBD 02/16/23 14:58:55** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **373 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **440 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

**Confidential Analysis Page 1 of 6**

# Exhibit B



**36740 E. Historic Columbia River Highway Corbett, OR 97019**

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

Laboratory Developments, LLC

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123002-QE** | **Wahlburgers Fresh Dill Chips 32 oz L6 BBD 02/16/23 14:59:39** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **483 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **570 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit C



**Laboratory Developments, LLC**

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123003-QE** | **Wahlburgers Fresh Dill Chips 32 oz L7 BBD 02/16/23 22:38:15** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **482 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **569 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit D



**Laboratory Developments, LLC**

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email:** admin@biogenlabdevelopments.com

---

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

---

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123004-QE** | **Wahlburgers Fresh Dill Chips 32 oz L7 BBD 03/30/23 14:03:09** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **581 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **686 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit E



**Laboratory Developments, LLC**

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

# CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123005-QE** | **Wahlburgers Fresh Dill Spears 32 oz L6 BBD 03/16/23 10:32:23** | | |
| **SOP 310 by HPLC** | | **Benzoic Acid** | **344 ppm** |
| **SOP 310 by HPLC** | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **406 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit F



**Laboratory Developments, LLC**

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email:** admin@biogenlabdevelopments.com

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230123001-006QE**
**Received Date: January 23, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230123006-QE** | **Wahlburgers Fresh Dill Chips Hot 32 oz L BBD 02/16/23 16:36:56** | | |
| **SOP 310 by HPLC** | | **Benzoic Acid** | **612 ppm** |
| **SOP 310 by HPLC** | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **722 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit G

# BIOGEN

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

Laboratory Developments, LLC

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230124001-005QE**
**Received Date: January 24, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230124001-QE** | **Wahlburgers Fresh Dill Chips** **32 oz LX BBD 03/16/23 XX:16:05** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **554 ppm** |
| | | **Sodium Benzoate** | **653 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit H



## Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019

(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230124001-005QE**
**Received Date: January 24, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230124002-QE** | **Wahlburgers Fresh Dill Spears 32 oz L5 BBD 02/16/23 16:24:04** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **458 ppm** |
| | | **Sodium Benzoate** | **541 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

www.BiogenLabDevelopments.com (888) 9 BIOGEN | (503) 695.6066 | admin@biogenlabdevelopments.com | Federal ID# 93-1313827

# Exhibit I



**36740 E. Historic Columbia River Highway Corbett, OR 97019**

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

Laboratory Developments, LLC

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230124001-005QE**
**Received Date: January 24, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230124003-QE** | **Wahlburgers Fresh Dill Chips Hot 32 oz L7 BBD 02/16/23 15:51:41** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **595 ppm** |
| | | **Sodium Benzoate** | **702 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

**Confidential Analysis Page 3 of 5**

# Exhibit J



36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230124001-005QE**
**Received Date: January 24, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230124004-QE** | **Wahlburgers Fresh Dill Chips 32 oz L7 BBD 02/23/23 15:57:10** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **644 ppm** |
| | | **Sodium Benzoate** | **760 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

**www.BiogenLabDevelopments.com (888) 9 BIOGEN | (503) 695.6066 | admin@biogenlabdevelopments.com | Federal ID# 93-1313827**

# Exhibit K



Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230124001-005QE**
**Received Date: January 24, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

---

## CERTIFICATE OF ANALYSIS

---

**Results:**

---

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230124005-QE** | **Wahlburgers Fresh Dill Spears 32 oz L6 BBD 01/26/23 17:55:19** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **533 ppm** |
| | | **Sodium Benzoate** | **629 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

# Exhibit L

# BIOGEN
## Laboratory Developments, LLC

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230125001-003QE**
**Received Date: January 25, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230125001-QE** | **Wahlburgers Fresh Dill Chips**<br>**32 oz L7 BBD 03/16/23 11:17:41** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **507 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **598 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

**Confidential Analysis Page 1 of 3**

# Exhibit M



**Laboratory Developments, LLC**

36740 E. Historic Columbia River Highway Corbett, OR 97019

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230125001-003QE**
**Received Date: January 25, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230125002-QE** | **Wahlburgers Fresh Dill Spears 32 oz L6 BBD 02/02/23 11:05:16** | | |
| SOP 310 by HPLC | | **Benzoic Acid** | **528 ppm** |
| SOP 310 by HPLC | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **623 ppm** |

**ND = None Detected**

Approved By:

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

**Confidential Analysis Page 2 of 3**

# Exhibit N



**36740 E. Historic Columbia River Highway Corbett, OR 97019**

**(888) 9 BIOGEN | (503) 695.6066 | Email: admin@biogenlabdevelopments.com**

Laboratory Developments, LLC

**Quinn Emanuel**
**865 South Figueroa St. 2nd Floor**
**Los Angeles, California 90017**
**Marshall Searcy**
**(213) 572.8387 Phone**

**Report Date: January 26, 2023**
**Report No.: 230125001-003QE**
**Received Date: January 25, 2023**
**Received Conditions: Cooler**
**Storage Conditions: 4°C**
**Method: AOAC or Equivalent**
**PO No.: NA**

## CERTIFICATE OF ANALYSIS

**Results:**

| Sample No. / Method | Sample Description | Analysis | Results |
|---|---|---|---|
| **230125003-QE** | **Wahlburgers Fresh Dill Chips Hot 32 oz L7 BBD 02/16/23 15:49:15** | | |
| **SOP 310 by HPLC** | | **Benzoic Acid** | **570 ppm** |
| **SOP 310 by HPLC** | | **Sorbic Acid** | **ND <10 ppm** |
| | | **Sodium Benzoate** | **672 ppm** |

**ND = None Detected**

Approved By:

_____

Nidal Kahl, Lab Director

*Test results pertain only to the samples, as received, tested with reasonable uncertainty. This report shall not be reproduced except in its entirety, without written approval from BLD. Samples may be discarded after 14 days of receipt.*

Confidential Analysis Page 3 of 3